EDWARD H. KUBO, JR. #2499
United States Attorney
District of Hawaii

FLORENCE T. NAKAKUNI #2286
Chief, Narcotics Section

BEVERLY WEE SAMESHIMA #2556
Assistant U.S. Attorney
Room 6100, PJKK Federal Building
300 Ala Moana Boulevard
Telephone: (808) 541-2850
Facsimile: (808) 541-2958
E-mail: Beverly.Sameshima@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. CR03 00462 |
| | ) | |
| Plaintiff, | ) | INDICTMENT |
| | ) | |
| vs. | ) | [21 U.S.C. § 846] |
| | ) | |
| LIPINE FAAFIU, | ) | |
| | ) | |
| Defendant. | ) | |

INDICTMENT

The Grand Jury charges that:

On or about September 9, 2003, in the District of Hawaii, the defendant, LIPINE FAAFIU, did knowingly and intentionally attempt to possess with intent to distribute 500 grams

cocaine, to wit, approximately 546 grams, (gross weight), a Schedule II controlled substance.

All in violation of 21 U.S.C. § 846.

DATED: September 17, 2003, Honolulu, Hawaii.

A TRUE BILL

/s/ _____
FOREPERSON, GRAND JURY

EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii

_____
FLORENCE T. NAKAKUNI
Chief, Narcotics Section

_____
BEVERLY WEE SAMESHIMA
Assistant U.S. Attorney

United States v. Lipine Faafiu,
Cr. No. _____
"Indictment"

2